# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

UNITED STATES OF AMERICA        §
                                §
vs.                             §        NO:   AU:25-CR-00500(1)-ADA
                                §
(1) JOSE ARMANDO ARELLANO       §

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed March 10, 2026, wherein the defendant (1) JOSE ARMANDO ARELLANO waived appearance before this Court and appeared before United States Magistrate Judge Dustin Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) JOSE ARMANDO ARELLANO to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) JOSE ARMANDO ARELLANO 's plea of guilty to Count One (1) is accepted.

Signed this 25th day of March, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE